# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 07-7028            September Term, 2006

07cv00154

Filed On:

Dwight Lee Hamman,
    Appellant

v.

Criminal Justice Commission of Oregon, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  AUG - 8 2007

CLERK

## ORDER

By order filed April 17, 2007, directing appellant to either pay the $455.00 appellate docketing and filing fees to the Clerk of the District Court, or file a motion in district court for leave to proceed on appeal in forma pauperis, and submit to this court, his completed Prisoner Consent to Collection of Fees Form and Prisoner Trust Account Report, by May 17, 2007. The order was sent to appellant by warden letter. Appellant received and signed for the order on April 30, 2007. To date, appellant has not complied with the court's April 17, 2007 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 30 days after the date of this order.

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 9/20/07
BY:
ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: Elizabeth V. Scott
Deputy Clerk

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk